UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON LA'SHAUN TAYLOR,<br><br>Plaintiff,<br><br>v.<br><br>SOLANO COUNTY PUBLIC DEFENDER'S OFFICE, *et al.*,<br><br>Defendants. | Case No. 2:20-cv-02114-JDP (PC)<br><br>ORDER TO SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE WITHIN 45 DAYS |

Plaintiff is a state prisoner proceeding without counsel in this civil rights action under 42 U.S.C. § 1983. He filed his complaint, ECF No. 1, without either paying the filing fee or submitting an application to proceed *in forma pauperis*. He must select one of these options before this case can proceed.

Accordingly, it is hereby ordered that:

1. The Clerk of Court shall send plaintiff a prisoner application to proceed *in forma pauperis* with this order.

2. Within forty-five (45) days of the date of service of this order, plaintiff shall submit the attached application to proceed *in forma pauperis*, completed and signed, or, in the alternative, pay the $400.00 filing fee for this action. No requests for extension will be granted without a showing of good cause. Failure to comply with this order will result in dismissal of this action.

Dated: October 30, 2020

_____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE