UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON LA'SHAUN TAYLOR, | No. 2:20-cv-02114-TLN-JDP |
| Plaintiff, | |
| v. | **ORDER** |
| SOLANO COUNTY PUBLIC DEFENDER'S OFFICE, et al., | |
| Defendants. | |

Plaintiff Brandon La'shaun Taylor ("Plaintiff"), a state prisoner proceeding *pro se*, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 26, 2021, the magistrate judge filed findings and recommendations herein which were served on Plaintiff and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 13.) Plaintiff has not filed objections to the findings and recommendations.

Although it appears from the file that Plaintiff's copy of the findings and recommendations was returned, Plaintiff was properly served. It is Plaintiff's responsibility to keep the Court apprised of his current address at all times. Pursuant to Local Rule 182(f), service of documents at the record address of the party is fully effective. E.D. Cal. L.R. 128(f).

1

The Court has reviewed the file under the applicable legal standards and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations filed April 26, 2021 (ECF No. 13), are ADOPTED IN FULL; and

2. This action is DISMISSED for failure to prosecute, failure to comply with Court orders, and failure to state a claim for the reasons set forth in the December 28, 2020 Order (ECF No. 10).

The Clerk of Court is directed to close the case.

IT IS SO ORDERED.

DATED: July 14, 2021

_____
Troy L. Nunley
United States District Judge